# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITTANY WRIGHT, <br><br> Plaintiff, <br><br> v. <br><br> STATEN ISLAND CHIROPRACTIC ASSOCIATES, P.C., d/b/a NY CHIROPRACTIC & PHYSICAL THERAPY, <br><br> Defendant. | Civil Action No.: <br><br> 1:22-cv-02578-NM-RLM |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action. Such dismissal shall be with prejudice, with each side to bear its own costs and attorney's fees.

Signed: November 3, 2022

__/s/__*David C. Deal*_____
David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
P.O. Box 625
Charlottesville, VA 22902
434-233-2727, Telephone
david@daviddeal.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and accurate copy of the foregoing Notice was mailed by USPS First Class on November 3, 2022 to the following:

Robert Edward Brown
Robert E. Brown, PC
260 Christopher Lane, Suite 260
Staten Island, NY 10314
rbrown@robertbrownlaw.com


              __/s/__David C. Deal_____
              David C. Deal (VA Bar No.: 86005)
              The Law Office of David C. Deal, P.L.C.
              P.O. Box 625
              Charlottesville, VA 22902
              434-233-2727, Telephone
              david@daviddeal.com
              *Counsel for Plaintiff*